[No. 37913-5-I.    Division One.    August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN
SYLVESTER CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02685-7, Deborah D. Fleck, J., entered
December 18, 1995. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Coleman and Grosse, JJ.

[No. 37954-2-I.    Division One.    August 25, 1997.]

*In the Matter of the Marriage of* RONALD D.
DOTZAUER, *Respondent*, and ANGELA M. DOTZAUER,
*Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-3-03392-5, Paul D. Hansen, J.,
entered December 1, 1995. *Affirmed* by unpublished
opinion per Kennedy, A.C.J., concurred in by Coleman
and Agid, JJ.

[Nos. 37996-8-I; 39091-1-I.    Division One.    August 25, 1997.]

ALLAN PARMELEE, *Appellant*, v. DONALD OLSON,
*Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 95-2-22528-4, James Bates, J., entered Janu-
ary 8, 1996. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Grosse and Ellington, JJ.

[No. 38047-8-I.    Division One.    August 25, 1997.]

WILLIAM L. INMAN, D.V.M., *Appellant*, v. THE
VETERINARY BOARD OF GOVERNORS, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-32231-1, R. Joseph Wesley, J., entered
February 8, 1996. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Kennedy, A.C.J., and
Coleman, J.